WHEN RECORDED MAIL TO:

Mark Ellis
Ironworkers Employees' Benefit Corporation
131 N. El Molina Ave., Suite 330
Pasadena, CA 91101-1814
Telephone: (626) 792-7337

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Board of Trustees of the California Ironworkers Field Pension Trust, et al.,<br><br>            PLAINTIFF(S),<br>v.<br><br>Willis Rebar, Inc., a California corporation,<br><br>            DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:20-cv-07718-SB-PVC<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on March 15, 2021 in favor of Board of Trustees of the California Ironworkers Field Pension Trust, et al. (See Attachment) whose address is 131 North El Molina Ave., Suite 330, Pasadena, CA 91101 and against Willis Rebar, Inc. whose last known address is 224 Cloverleaf Cir, Suisun City, CA 94585 for $ 151,133.56 Principal, $ 15,229.34 Interest, $ 2,193.58 Costs, and $ 6,960.86 Attorney Fees.

ATTESTED this  17  day of  May , 20 21 .
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Willis Rebar, Inc.
224 Cloverleaf Cir
Suisun City, CA 94585

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk
Rebeca Olmos

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12) ABSTRACT OF JUDGMENT/ORDER

The Court, having considered Plaintiffs' Motion for Default Judgment, and for good cause shown, enters judgment in favor of Plaintiffs and against Defendant Willis Rebar, Inc. as follows:

1. Defendant shall pay Plaintiffs the total sum of $XX,XXX.XX, consisting of unpaid contributions, liquidated damages, interest, attorneys' fees, and costs.

2. This Judgment disposes of all claims in this action.

IT IS SO ORDERED.